# EXHIBIT A

## ITEMS TO BE SEARCHED

1. One black iPhone previously seized from a white Nissan Altima bearing Maryland license plate number 2CS7606, operated by Jorge Pitts; and,

2. One black LG flip phone bearing IMEI: 354104-08-695392-6, previously seized from the person of Jorge Pitts.

These cellular telephones are currently being stored in a secured evidence locker at the New Town Police Department, New Town, North Dakota.